appeal granted, unless appellant file and serve printed papers on appeal and printed briefs on appeal by September 1, 1916.

PEOPLE, respt., v. Robert CASSIDY, applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment of conviction affirmed. All concur.

PEOPLE, on complaint of Adele E. Preiss, Respt., v. Christen P. CHRISTENSEN, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed. No opinion. Order filed.

PEOPLE, respondents, v. Sol COHEN, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, on condition that defendant perfect his appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, respt., v. Hiram COLE, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment of conviction affirmed. All concur.

PEOPLE, respondents, v. EISSING CHEMICAL COMPANY, Inc., appellant. (Supreme Court, Appellate Division. Second Department. June 29, 1916.) Judgment of conviction by the Court of Special Sessions reversed, and new trial ordered. The fire commissioner's power to make the order set forth in the information did not sufficiently appear. The ordinances and regulations referred to are not subjects of judicial cognizance, unless proved. Goetz v. Duffy, 171 App. Div. 680, 682, 157 N. Y. Supp. 590. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

PEOPLE v. Philip A. FOX. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted. Order filed.

PEOPLE v. Sigmund FOX. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted. Order filed.

PEOPLE, respondents, v. Francesco GIARRAPUTO, impleaded, etc., appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment of conviction of the County Court of Kings County affirmed. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE v. Ralph GUARANO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

PEOPLE, respondents, v. Charles HOELL, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Thomas, Carr, Stapleton, Mills, and Rich, JJ., concur.

PEOPLE, respondents, v. Herbert C. KUST-ER, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order of the Court of Special Sessions affirmed, with costs. No opinion.

PEOPLE, respondents, v. Joseph LESIN, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment of conviction of the County Court of Kings County affirmed. No opinion. Thomas, Carr, Stapleton, Mills, and Rich, JJ., concur.

PEOPLE, Respt., v. Morris LESTER and William Lang, Applts. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE v. Charles LUNG. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion to dismiss appeal granted. Order filed.

PEOPLE, respondents, v. Hugh McDONALD and Thomas J. Alger, appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment of conviction of the County Court of Queens County affirmed. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

PEOPLE, Applt., v. May MARTIN and Joseph Goldberg, Respt. (Supreme Court Appellate Division, First Department. May 26, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Order filed.

PEOPLE, respondents, v. Rocco MASTRANGELO, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment of conviction of the County Court of Westchester County affirmed. No opinion. Thomas, Carr, Stapleton, Mills, and Rich, JJ., concur.

PEOPLE, respt., v. Veronica MAYER-MURCH, Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment reversed, and defendant discharged. No opinion. Settle order on notice.

PEOPLE, respt., v. John MIERZCZERSKI, applt. (Supreme Court Appellate Division, Third Department. June 30, 1916.) Judgment of conviction unanimously affirmed.

PEOPLE v. Harry MILLER. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted. Order filed.

PEOPLE, respondents, v. Dominick NUCERA, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) The jury, evidently failing to comprehend the charge made upon request at folio 360, asked for specific instructions on the question of corroboration. What the court said was irresponsive. The irresponsiveness was pointed out, and a proper request to charge was made by